**Order entered May 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00554-CV

## IN THE INTEREST OF J.A.C. AND Z.C.C., CHILDREN

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-54259-2014**

## ORDER

By letter dated May 11, 2015, the Court directed appellant to provide this Court, within ten days, with written verification that payment or payment arrangements have been made for the clerk's record or that appellant is entitled to proceed without payment of costs. On May 20, 2015, we received a letter from appellant's counsel stating that payment has been made to the Collin County District Clerk for the clerk's record.

Accordingly, we **ORDER** the Collin County District Clerk to file the clerk's record in this appeal by **FRIDAY, JUNE 5, 2015**.

We **DIRECT** the Clerk to send copies of this order to Andrea Stroh Thompson, Collin County District Clerk, and to counsel for all parties.

/s/      CRAIG STODDART
           JUSTICE